**In the Interest of G.L.Q., a/k/a G.L.D., and K.L.D., Respondents,**

v.

**P.J.D. and H.K.D. (Natural Parents), Appellants.**

**No. WD 39264.**

Missouri Court of Appeals, Western District.

Sept. 29, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 1, 1987.

Application to Transfer Denied Jan. 20, 1988.

Ronald K. Barker, Kansas City, for appellants.

Debra J. Wilson, Kansas City, for respondents.

Fred Rich and Molly Sammler, Kansas City, Guardian Ad Litem.

Before KENNEDY, C.J., and PRITCHARD and LOWENSTEIN, JJ.

---

**ORDER**

PER CURIAM:

Parents appeal from Juvenile Court order terminating parental rights to two minor daughters, Sec. 211.447, RSMo Supp. 1987.

Affirmed. Rule 84.16(b).

The cause is remanded to trial court for determination of applications for parents' and guardian ad litems' attorneys' fees and expenses, and assessment of same, if so determined, as costs in the case. Sec. 211.-462.4, RSMo Supp. (1987); *In the Interest of K.P.B.*, 642 S.W.2d 643, 644 (Mo banc 1982); *A.M.G. v. Missouri Division of Family Services*, 660 S.W.2d 370 (Mo.App. 1983).